**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHERISE RICHARDSON, individually and on
behalf of all others similarly situated,

                        Plaintiff,

    -against-                                       21 **CIVIL** 8275 (PMH)

                                                               **<u>JUDGMENT</u>**

EDGEWELL PERSONAL CARE, LLC,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 30, 2023, the Court has GRANTED Defendants' motion to dismiss Plaintiff's First Amended Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       January 30, 2023

                                                                 **RUBY J. KRAJICK**

                                                                  _____
                                                                      **Clerk of Court**

                                    **BY:**     *K. Mango*

                                                                    _____
                                                                     **Deputy Clerk**