UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERISE RICHARDSON,

               Plaintiff,

- against -

EDGEWELL PERSONAL CARE, LLC,

               Defendant.

**ORDER**

21-CV-8275 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Defendant is directed to file an Answer to the First Amended Complaint by December 1, 2023. The Court will separately docket a Notice of Initial Conference.

                                  SO ORDERED.

Dated:  White Plains, New York
           November 21, 2023

_____
PHILIP M. HALPERN
United States District Judge